462 A.2d 215

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Wilfredo CASTRO, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 18, 1983.

Decided July 8, 1983.

Charlotte Nichols, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Michael Clarke, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

The judgments of sentence imposed by the Court of Common Pleas of Philadelphia are affirmed.